[No. 57824-3-I.   Division One.   March 10, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. GLENN WELDON LEGG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-13123-0, William L. Downing, J., entered March 8, 2006. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Schindler, A.C.J., and Lau, J.

[No. 58662-9-I.   Division One.   March 10, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. KURT RANDALL MADSEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-06136-5, Michael S. Spearman, J., entered August 9, 2006. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Dwyer, JJ.

[Nos. 58717-0-I; 60082-6-I.   Division One.   March 10, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. CLARENCE ANDREW KINTZ, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, Nos. 06-1-00190-0 and 06-1-00324-4, Steven J. Mura, J., entered August 9, 2006. *Affirmed* by unpublished opinion per Appelwick, C.J., concurred in by Agid and Schindler, JJ. Now published in part at 144 Wn. App. 515.

[Nos. 58775-7-I; 58792-7-I.   Division One.   March 10, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM DANIEL DAVIS, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN JAMES DAVIS, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 05-1-07821-5, Jay V. White, J., entered September 1, 2006. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Dwyer, JJ.